UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HOSKINS,<br><br>                       Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO and SAN DIEGO POLICE DEPARTMENT OFFICER DOES 1–4.<br><br>                      Defendants. | Case No.: 24-cv-01488-AJB-DTF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>**(Doc. No. 29)** |

    Before the Court is Plaintiff Nicholas Hoskins's ("Plaintiff") motion for leave to file an amended complaint.[1] (Doc. No. 29.) On September 16, 2025, Defendant City of San Diego ("Defendant") filed a notice of non-opposition. (Doc. No. 31.)

    Pursuant to Rule 15 of the Federal Rules of Civil Procedure, "a party may amend its pleading only with the opposing party's written consent or the court's leave" after the time for amendment as a matter of course has expired. Fed. R. Civ. P. 15(a)(2). "The court should freely give leave when justice so requires." *Id.* "Five factors are taken into account to assess the propriety of a motion for leave to amend: bad faith, undue delay, prejudice to the opposing party, futility of amendment, and whether the plaintiff has previously

---

[1]     Pursuant to Civil Local Rule 7.1.d.1, the Court finds the matter suitable for determination on the papers.

amended the complaint." *Johnson v. Buckley*, 356 F.3d 1067, 1077 (9th Cir. 2004). "Not all of the factors merit equal weight[; rather,] it is the consideration of prejudice to the opposing party that carries the greatest weight." *Eminence Cap., LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003). "Absent prejudice, or a strong showing" of the remaining factors, there exists a "presumption under Rule 15(a) in favor of granting leave to amend." *Id*. The party opposing the amendment bears the burden of showing why leave should be denied, including the burden of establishing prejudice. *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 187 (9th Cir. 1987).

The Court finds that all factors weigh in favor of permitting amendment. Specifically, this is the first request to amend the complaint, the amendment is for the limited purpose of naming San Diego Police Department Officer Does ("Defendant Officers") (*see generally* Doc. No. 29-2), Defendant does not oppose the motion (Doc. No. 31), discovery has just commenced prior to a scheduling order being issued (Doc. No. 26), and the claims against Defendant Officers have survived a motion to dismiss (Doc. No. 21).

Accordingly, the Court **GRANTS** Plaintiff's motion. Plaintiff is directed to file the First Amended Complaint (*see* Doc. No. 29-1) **no later than September 19, 2025**.

**IT IS SO ORDERED**.

Dated: September 17, 2025

Hon. Anthony J. Battaglia
United States District Judge